NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONNA MARIE CONNER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5106

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-880, Senior Judge Robert H. Hodges, Jr.

---

**ON MOTION**

---

# ORDER

Donna Marie Conner moves for "affirmative relief" and other relief. Conner also submits a "supplementary pleading." The United States moves to waive its obligation to respond to Conner's filings.

The arguments and assertions in Conner's motion and "pleading" involve the merits of her case. Such arguments and assertions should be included in the briefs. Briefing is now completed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Conner's motion is denied.

(2)  The United States' motion is denied as moot.

FOR THE COURT

NOV 1 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Donna Marie Conner
     Russell J. Upton, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 8 2010

JAN HORBALY
CLERK